IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| RAYMOND BLAND, | ) | |
|     Petitioner, | ) | Civil Action No. 7:12cv00626 |
| | ) | |
| v. | ) | MEMORANDUM OPINION |
| | ) | |
| KEITH W. DAVIS, | ) | By: Norman K. Moon |
|     Respondent. | ) | United States District Judge |

    Petitioner Raymond Bland, a Virginia inmate proceeding *pro se*, brings this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, challenging his 2009 convictions and sentence in the Martinsville Circuit Court on five counts of distributing cocaine. Court records indicate that Bland previously filed a § 2254 motion regarding the same convictions and sentence, which I denied as untimely filed. *See* Civil Case No. 7:11cv00380. Under the provisions of the federal habeas statutes regarding subsequent or successive § 2254 petitions, I may consider a second or successive § 2254 petition only upon specific certification from the United States Court of Appeals for the Fourth Circuit that the claims in the petition meet certain criteria. *See* 28 U.S.C. § 2244(b). Because Bland has not submitted any evidence that he has obtained such certification by the Court of Appeals, I will dismiss his petition without prejudice as successive.

    The Clerk is directed to send a copy of this memorandum opinion and the accompanying order to petitioner.

    **ENTER**: This 27th day of December, 2012.

                                                     */s/ Norman K. Moon*
                                                   NORMAN K. MOON
                                                   UNITED STATES DISTRICT JUDGE