IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| RAYMOND BLAND, | ) | |
|     Petitioner, | ) | Civil Action No. 7:12cv00626 |
| | ) | |
| v. | ) | FINAL ORDER |
| | ) | |
| KEITH W. DAVIS, | ) | By: Norman K. Moon |
|     Respondent. | ) | United States District Judge |

In accordance with the accompanying memorandum opinion, it is hereby

ADJUDGED AND ORDERED

that Bland's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 shall be and hereby is **DISMISSED** and this action is hereby **STRICKEN** from the active docket of the court.

Further, finding that Bland has failed to make a substantial showing of the denial of a constitutional right as required by 28 U.S.C. § 2253(c)(1), a certificate of appealability is **DENIED**.

The Clerk is directed to send a copy of this order and the accompanying memorandum opinion to petitioner.

    **ENTER**: This 27th day of December, 2012.

_/s/ Norman K. Moon_
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE